IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: Seizure Warrants )
2003 Jeep Cherokee, DE license 27251, et al) No. 05- 39M

MOTION TO SEAL

The United States moves to seal the entire file until further order of the Court.

Colm F. Connolly
United States Attorney

By: *(signature)*
Richard G. Andrews
First Assistant U.S. Attorney

IT IS SO ORDERED this ___15___ day of __March__, 2005, that the above-captioned file is sealed until further order of the Court. Detective Darren Short and other law enforcement officers may disclose the seizure warrants as necessary in order to execute them.

*(signature)*
Mary Pat Thynge
U.S. Magistrate Judge